PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. KALIN,<br><br>Defendant. | Case No. 5:24-po-00148-CDB<br><br>[Citation #E2152387, CA10]<br><br>MOTION AND ORDER FOR DISMISSAL AND FOR PAYMENT OF REMAINING CITATIONS<br><br>ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E2152387, CA10] in Case No. 5:24-po-00148-CDB against MICHAEL D. KALIN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 24, 2024              Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                          By:   /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a), that Citation #E2152387, CA10, in Case No. 5:24-po-00148-CDB against defendant MICHAEL D. KALIN be dismissed, without prejudice, in the interest of justice.

IT IS FURTHER ORDERED, on the informal request of counsel for the United States of America, that defendant MICHAEL D. KALIN shall pay the collateral as to Violations E2152388 and E215426 no later than September 3, 2024.

IT IS FURTHER ORDERED that the trial date set for August 6, 2024, is VACATED, and this matter is set for further status conference on September 3, 2024, at 10:00a.m. in the United States Courthouse, Bakersfield, CA.

IT IS SO ORDERED.

Dated:   **July 25, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE